UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE EDWARD HARPER,<br><br>             Plaintiff,<br><br>   vs.<br><br>MAGGIE MILLER-STOUT, et al.,<br><br>             Defendants. | NO.  CV-07-188-CI<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION |

BEFORE THE COURT is Plaintiff's *pro se* letter requesting dismissal of his action without prejudice, liberally construed as a Motion to Voluntarily Dismiss (Ct. Rec. 5). The court has not ruled on Plaintiff's request to proceed *in forma pauperis*; Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 5) is **GRANTED** and the action is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.

DATED August 13, 2007.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION -- 1